IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03020-PAB-BNB

SECURITYNATIONAL MORTGAGE CORPORATION, a Utah corporation,

Plaintiff,

v.

JOHN FREDERIC HEAD, an individual, and
HEAD & ASSOCIATES, P.C., a Colorado professional corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Amend the Caption and Court Docket** [docket no. 17, filed February 17, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the proper party plaintiff name is as follows, and should be reflected on all future filings: SECURITYNATIONAL MORTGAGE **COMPANY**, a Utah corporation.


DATED:  February 18, 2014