IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-03020-PAB-BNB

SECURITYNATIONAL MORTGAGE COMPANY, a Utah corporation,

Plaintiff,

v.

JOHN FREDERIC HEAD, an individual, and
HEAD & ASSOCIATES, P.C., a Colorado professional corporation,

Defendants.
_____

**MINUTE ORDER**
_____

This matter arises on the **Motion to Withdraw as Counsel of Record** [Doc. # 27, filed 8/14/2014] (the "Motion to Withdraw") by John F. Head.  I held a hearing on the Motion to Withdraw this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Withdraw [Doc. # 27] is GRANTED, and John F. Head is relieved of any further responsibility as counsel for the defendants.

(2) Mr. Head is continuing to represent himself in this action pro se.  In that regard, Mr. Head is cautioned that he is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.  D.C.COLO.LAttyR 5(b).

(3) Head & Associates, P.C., is a corporation, partnership, or other legal entity, and it may not appear without counsel admitted to the bar of this court.  Id.  Absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against Head & Associates.  Id.

Dated September 5, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge