IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03020-PAB-NYW

SECURITYNATIONAL MORTGAGE COMPANY,

    Plaintiff,

v.

JOHN FREDERIC HEAD and
HEAD & ASSOCIATES, P.C.,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    The matter before the Court is the parties' Stipulation of Settlement [Docket No. 89]. The stipulation is signed by John F. Head on behalf of Head & Associates, P.C. Docket No. 89 at 2. On September 5, 2014, Mr. Head withdrew as counsel for Head & Associates because his law license had been suspended. Docket Nos. 27, 34. As the magistrate judge noted in granting the motion to withdraw, Head & Associates cannot appear without counsel admitted to the bar of this court. Docket No. 34 at 1. Mr. Head has not entered a subsequent appearance on behalf of his firm – nor could he, as his law license remains suspended. The stipulation of settlement, while not in the form of a motion, nevertheless purports to request judicial action, namely, the vacating of "interlocutory orders" and the dismissal of the case. The fact that Head & Associates requests such action through a pleading signed by Mr. Head is ineffective and improper.

    In addition, the stipulation of settlement states that plaintiff "stipulates that all interlocutory orders, including a default judgment, shall be vacated." Docket No. 89 at 1. The parties have no authority to vacate orders entered in this case. Moreover, even if the parties request that the Court vacate an order as part of a settlement, absent extraordinary circumstances, the Court will refuse to do so. *See Clarke v. Nat'l Payment Relief, LLC*, No. 14-cv-01538-PAB-CBS, 2016 WL 540976, at *1 (D. Colo. Feb. 11, 2016).

    The Court appreciates the parties' efforts to resolve this matter, but they have attempted to dismiss it through an inappropriate vehicle. The parties shall contact Magistrate Judge Wang's chambers within seven days to reschedule the final pretrial conference in this matter.

    DATED: February 16, 2017.