**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03020-PAB-NYW

SECURITYNATIONAL MORTGAGE COMPANY,

Plaintiff,

v.

HEAD & ASSOCIATES, P.C.,

Defendant.

---

## DEFAULT JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the Order [Docket No. 78] of United States District Judge Philip A. Brimmer entered on December 29, 2016, it is

**ORDERED** that plaintiff SecurityNational Mortgage Company's Renewed Motion for Entry of Default and Default Judgment Against Head & Associates, P.C. [Docket No. 69] is **GRANTED**. It is further

**ORDERED** that default judgment shall enter in favor of plaintiff SecurityNational Mortgage Company and against defendant Head & Associates, P.C. in the amount of $90,769.33, plus prejudgment interest of $83,737.70. Post-judgment interest shall run in accordance with 28 U.S.C. § 1961. It is further

**ORDERED** that plaintiff is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 16th day of March, 2017.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk